2:09-cv-12945-MOB-MJH   Doc # 15   Filed 03/30/11   Pg 1 of 2   Pg ID 478

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DYAN BLOE,

      Plaintiff,

v.

COMMISSIONER OF SOCIAL
SECURITY,

      Defendant.
_____/

Case No. 09-12945
Hon. Marianne O. Battani

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION
AND GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT
AND DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

Plaintiff Dyan Bloe brings this action challenging the final decision of the Commissioner denying her application for Social Security disability insurance benefits. (Doc. 1). The case was referred to Magistrate Judge Michael Hluchaniuk pursuant to 28 U.S.C. § 636(b)(1). (Doc. 2). Both parties filed dispositive motions, and in a Report and Recommendation ("R&R") dated March 4, 2011, Magistrate Judge Hluchaniuk recommended that Plaintiff's Motion for Summary Judgment be denied and that Defendant's Motion for Summary Judgment be granted. (Doc. 14).

In his Report and Recommendation, the Magistrate Judge informed the parties that objections to the R&R needed to be filed within "14 days of service" and that a party's failure to file objections would waive any further right of appeal. (Doc. 14 at 19). Neither party filed an objection.

Because no objection has been filed in this case, the parties waived their right to *de novo* review and appeal. Accordingly, the Court **ADOPTS** the Magistrate Judge's Repot

and Recommendation (Doc. 14), **DENIES** Plaintiff's Motion for Summary Judgment (Doc. 9), and **GRANTS** Defendant's Motion for Summary Judgment (Doc. 12). Plaintiff's Complaint is **DISMISSED** in its entirety.

    **IT IS SO ORDERED.**

                                    s/Marianne O. Battani
                                    MARIANNE O. BATTANI
                                    UNITED STATES DISTRICT JUDGE

DATE: March 30, 2011


### CERTIFICATE OF SERVICE

A copy of this Order was e-filed and/or mailed to counsel of record on this date.

                                    s/Bernadette M. Thebolt
                                    Case Manager